# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christeta M. Robinson<br>Debtor(s)<br><br>MidFirst Bank<br>Movant<br>v.<br>Christeta M. Robinson<br>Debtor(s)<br><br>Kenneth E. West<br>Trustee | CHAPTER 13<br>BK NO: 16-11678 ELF |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion Request an Extension of Time, it is hereby:

**ORDERED** that the deadline to file the Response to Notice of Final Cure be extended to April 7, 2022

Dated:   3/8/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**