United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                             Case No. 16-11678-elf

Christeta M Robinson                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                        User: admin                              Page 1 of 2

Date Rcvd: Mar 08, 2022                Form ID: pdf900                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christeta M Robinson, 7109 Woolston Avenue, Philadelphia, PA 19138-2033 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2022                                   Signature:            /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Christeta M Robinson dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN S. FRANKEL | on behalf of Creditor NATIONSTAR MORTGAGE LLC pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com cistewart@logs.com |
| REBECCA ANN SOLARZ | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 08, 2022 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

on behalf of Creditor American Credit Acceptance ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Christeta M. Robinson <br>                         Debtor(s) <br><br> MidFirst Bank <br>                         Movant <br>         v. <br> Christeta M. Robinson <br>                         Debtor(s) <br><br> Kenneth E. West <br>                         Trustee | CHAPTER 13 <br> BK NO: 16-11678 ELF |

**ORDER GRANTING EXTENSION**

Upon consideration of Movant's Motion Request an Extension of Time, it is hereby:

**ORDERED** that the deadline to file the Response to Notice of Final Cure be extended to April 7, 2022

Dated:   3/8/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**